reconsideration decision from OPM. Because such a decision has not been issued, the Board correctly held that it lacked jurisdiction.

For the foregoing reasons, the final decision of the Board dismissing Mr. Bronson's appeal for lack of jurisdiction is affirmed.[1]

## GLENAYRE ELECTRONICS, INC., Plaintiff–Appellant,

v.

## Philip JACKSON, Defendant–Appellee.

### No. 03–1619.

United States Court of Appeals, Federal Circuit.

April 8, 2004.

Rehearing En Banc Denied May 14, 2004.

Robert J. Carlson, Christensen, O'Connor, Principal Attorney, Gregory F. Wesner, Christensen, O'Connor, of Counsel, Seattle, WA, Andrew T. Staes, Cole &

Staes, of Counsel, Chicago, IL, for Plaintiff–Appellant.

John C. Janka, Niro, Scavone, Principal Attorney, Raymond P. Niro, Robert P. Greenspoon, John C. Janka, Niro, Scavone, of Counsels, Chicago, IL, for Defendant–Appellee.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

#### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

## MANUEL BROTHERS, INC., Plaintiff–Appellant,

v.

## UNITED STATES, Defendant–Appellee.

### No. 03–5067.

United States Court of Appeals, Federal Circuit.

April 9, 2004.

---

1. As noted above, OPM informed the Board that, upon dismissal of Mr. Bronson's appeal, a final appealable decision would be issued within a reasonable period of time. Unless Mr. Bronson petitions for rehearing before this court or files a petition for *certiorari* with the United States Supreme Court, our decision today completes the judicial process in this case. With the judicial process completed, OPM will be in a position to issue a final reconsideration decision in the matter. Once that decision is issued, Mr. Bronson will be able to appeal to the Board, provided he does so in timely fashion. If OPM's reconsideration decision is unfavorable to Mr. Bronson, OPM will tell Mr. Bronson how much time he has to appeal.

345

Mark L. McAlpine, Principal Attorney, Steven A. Wright, of Counsel, McAlpine & McAlpine, Auburn Hills, MI, for Plaintiff–Appellant.

Jane W. Vanneman, Principal Attorney, Monica J. Palko, of Counsel, Department of Justice, Washington, DC, for Defendant–Appellee.

Before LOURIE, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and CLEVENGER, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.

**Marcus BONDS, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 03–3281.

United States Court of Appeals, Federal Circuit.

DECIDED: April 9, 2004.

Michael Bahler, Principal Attorney, David M. Cohen, Harold D. Lester, Jr., of Counsels, Washington, DC, for Respondent.

Marcus Bonds, of Counsel, Alexandria, VA, for Petitioner.

Before MAYER, Chief Judge, LOURIE and GAJARSA, Circuit Judges.

PER CURIAM.

Marcus Bonds seeks review of the final decision of the Merit Systems Protection Board dismissing his appeal under the Veterans Employment Opportunities Act of 1988 ("VEOA"), Pub.L. No. 105–339, 112 Stat. 3182 (Oct. 31, 1998), for lack of jurisdiction. *Bonds v. Dep't of the Treasury,* No. DC–3443–02–0315–I–1 (M.S.P.B. Apr.16, 2002). We *affirm.*

We must affirm the final decision of the board unless we conclude that it is arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law. 5 U.S.C. § 7703(c) (2000). Whether the board had jurisdiction to hear Bonds' appeal is a question of law that we review *de novo. See Butler v. SSA,* 331 F.3d 1368, 1371–72 (Fed.Cir.2003). Under VEOA,